DONALD A. LATTIN, ESQ., NV Bar No. 693
CAROLYN K. RENNER, ESQ., NV Bar No. 9164
MAUPIN, COX & LEGOY
4785 Caughlin Parkway
Reno, Nevada 89519
(775) 827-2000 (Telephone)
(775) 827-2185 (Facsimile)

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK A. COOPER, an individual, and KATHERINE H. COOPER, an individual, | CASE NO.   2:13-cv-0036-JCM-GWF |
| Plaintiffs, | **JOINT MOTION TO STAY** |
| v. | |
| PHILIPP D. NICK, an individual; ELLEN H. HARDYMON, an individual; SUZANNE H. NICK IRREVOCABLE FAMILY TRUST ONE, an Ohio trust; Trustee of the SUZANNE H. NICK IRREVOCABLE FAMILY TRUST ONE, an Ohio trust; SUZANNE H. NICK IRREVOCABLE FAMILY TRUST TWO, an Ohio trust; Trustee of the SUZANNE H. NICK IRREVOCABLE FAMILY TRUST TWO, an Ohio trust; THOMAS H. HAVENS IRREVOCABLE FAMILY TRUST ONE, an Ohio trust; Trustee of the THOMAS F. HAVENS IRREVOCABLE FAMILY TRUST ONE, an Ohio trust; THOMAS F. HAVENS IRREVOCABLE FAMILY TRUST TWO, an Ohio trust; Trustee of the THOMAS F. HAVENS IRREVOCABLE FAMILY TRUST TWO, an Ohio trust; and DOES 1-5, | |
| Defendants. | |

The parties entered a Settlement Agreement, dated February 28, 2013. In order to conserve judicial resources while ensuring that the parties fulfill their obligations and retain their rights under the Settlement Agreement, all parties hereby move this Court for an Order staying all proceedings in this matter, which will remain as an inactive case on the Court's docket, pending the full performance of the parties under the Settlement Agreement.

The Settlement Agreement contemplates a sale of some or all or the parties' interests Harbor Structured Finance, LLC not later than October 29, 2013. The parties fully expect the sale of interests to occur by or before that date, in which case they will timely file a dismissal of all claims. In the event that the sale interests does not occur by October 29, 2013, the parties will timely request the Court activate the case and submit a proposed case schedule or request a conference with the

///

///

///

///

///

///

///

///

///

///

///

AUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

2

Court to establish appropriate deadlines.

Dated this 6th day of March, 2013.            Dated this 5th day of March, 2013.

MAUPIN, COX & LEGOY                          GORDON SILVER

By: /s/ Donald A. Lattin                     By: /s/ Eric D. Hone
DONALD A. LATTIN, ESQ.                       ERIC D. HONE, ESQ.
Nevada State Bar #693                        Nevada State Bar #8499
CAROLYN K. RENNER, ESQ.                      ELIAS P. GEORGE, ESQ.
Nevada State Bar #9164                       Nevada State Bar #12379
4785 Caughlin Parkway                        3960 Howard Hughes Parkway, 9th Floor
Reno, NV 89519                               Las Vegas, Nevada 89169
(775) 827-2000 (Telephone)                   (702) 796-5555 (Telephone)
(775) 827-2185 (Facsimile)                   (702) 369-2666 (Facsimile)

*Attorneys for Defendants*                   *Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

/s/ George Foley Jr.

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   March 6, 2013**