1
2
3
4
5

## UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7

8   FREDERICK A. COOPER,       )
    KATHERINE H. COOPER,        )
9                               )
              Plaintiffs,       )        Case No.  2:13-cv-00036-JAD-GWF
10                              )
    vs.                         )        **ORDER**
11                              )
    PHILIPP D. NICK, *et al.*,  )
12                              )
              Defendants.       )
13   _____ )

14        This matter is before the Court on the Joint Motion to Stay (#15) filed March 6, 2013, wherein

15   the parties advised the Court that the parties had entered into a Settlement Agreement dated February

16   28, 2013.  To date the parties have not filed dismissal papers.  Accordingly,

17        **IT IS ORDERED** counsel for the parties shall file a status report  by **February 13, 2014**

18   advising the Court of the status of the settlement.

19        DATED this 3rd day of February, 2014.

20
21
22   GEORGE FOLEY, JR.
     United States Magistrate Judge

23
24
25
26
27
28